**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *ex rel.*          )
**ROSALIND L. WYNNE,**                                   )
                                                                      )
    Plaintiff,                                           )
                                                                      )
       vs.                                             )          Civil Action No.      AMD-00-452
                                                                      )
**BLUE CROSS BLUE SHIELD OF KANSAS,**  )          **FILED IN CAMERA AND**
**INC.**, a Kansas Corporation,                      )          **UNDER SEAL**
                                                                      )
      Defendant.                                   )

## ORDER

This cause coming on motion by Timothy Keller of Aschemann Keller, LLC, Robert Vogel and Shelley Slade of Vogel & Slade, LLP, and Ronald E. Osman of Ronald E. Osman & Associates Ltd. that the Court grant them leave to withdraw as Counsel for Relator, Rosalind L. Wynne and the Court being fully advised in this matter, noting that notice was properly provided under Local Rule 101, the Court finds that counsels' motion should be **GRANTED.**

IT IS THEREFORE **ORDERED**, that:

A.    Timothy Keller of Aschemann Keller, LLC, Robert Vogel and Shelley Slade of Vogel & Slade, LLP, and Ronald E. Osman of Ronald E. Osman & Associates Ltd. (Relator's Counsel) are granted leave to withdraw from the representation of Rosalind L. Wynne, Relator herein, effective immediately;

B.    The Clerk is instructed to remove Relator's counsels' names and addresses from court file and to forward Rosalind L. Wynne a copy of this Order; and,

C.     That Rosalind L. Wynne is instructed to have other counsel enter their appearance on her behalf of otherwise notify the Court of the manner in which she intends to proceed within 30 days of the date of this Order.

**DATE:** _____

_____
UNITED STATES DISTRICT JUDGE