# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

NOVEMBER 10, 2004
~~October 18, 2004~~

## MEMORANDUM TO ALL COUNSEL/PARTIES

RE:   USA, ex rel Rosalind L. Wynne v. Blue Cross Blue Shield of Kansas Inc.
AMD 00-452

The following party is now proceeding without counsel, ("*pro se*"): Rosalind L. Wynne   This case:

[ ]   Is now exempt from electronic filing. All documents must be filed with the Court and served in paper format.

[X]   Will remain subject to electronic filing. Counsel is directed to file documents electronically with the Court and serve a paper copy on any *pro se* party. Any person representing her/himself is directed to file with the Court and serve all documents in paper format. The Clerk is directed to scan and electronically file all paper documents received from a party representing her/himself which would otherwise be filed electronically.

_____
Judge Andre M. Davis

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

NOV 10 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Letter re pro se party (7/21/2004)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov