October 11, 2004

Ms. Felicia Cannon
U.S. District Clerk
Baltimore U.S. District Court
101 W. Lombard Street
Baltimore, MD 21201

Re: Case No. AMD-00-CV-452 (D. Md.)

Certified Letter Number 7003 3110 0006 0950 3295

Dear Ms. Cannon

I am in the process of obtaining an attorney to proceed with the above mentioned case. Will you please notify me of any deadline or any other condition pertaining to this case?


Sincerely yours

*Rosalind L. Wynne*

Rosalind L. Wynne
2676 SE Golden
Topeka, Kansas 66605