December 8, 2004

Ms. Felicia Cannon, Clerk
United States District Court, Northern District
101 West Lombard Street
Baltimore, Maryland 21201-2691

Re: USA, ex rel Rosalind L. Wynne v. Blue Cross and Blue Shield of Kansas Inc.
Civil Action No. AMD-00-452 (D. Md)
Certified Letter number 7003 3110 0006 0950 3318

I received a Memorandum, dated November 10, 2004 from Judge Andre M. Davis, which indicates I am proceeding with counsel ("pro se").

In my October 11, 2004 letter to you (copy enclosed) I'd notified you I was in the process of obtaining an attorney. I am requesting an extension of sixty days to obtain the representation of an attorney.

Please send me the information pertaining to any deadlines, filing(s) and/or amendment(s) I should be aware of. Your immediate attention to my request will be greatly

pg: 1 of 2

December 8, 2004

Ms. Felicia Cannon

appreciated
Thank you

Patricia L Hanower
Trial attorney
Commercial Litigation Branch, Civil Division
US. Department of Justice
Washington DC 20530

Certified Letter Number
7003 3110 0006 0950 330

If there is a fee for the information I have requested please send the information and I will send a postal money for payment

Thank you
Rosalind L Wynne