March 4 2004

Ms Felicia C Cannon Clerk
U. District Court District of Maryland
Northern Division 445 U.S Courthouse
0 W Lombard Street
Baltimore Maryland 2 201

FILED
DISTRICT COURT
OF MARYLAND
2005 MAR 15 A 9: 4
CLERK'S OFFICE
BALTIMORE
DEPUT

Re USA ex rel Rosalind L Lynne V
Blue Cross Blue Shield of Kansas Inc
AMD 00-452
Fed EX # 842 096 762 95

Dear Ms Felicia C Cannon

Please transferr my "qui tam" complaint under the False Claims Act to
US District Court, District of Kansas
444 S.E. Quincy Street Room # 490
US Court House
Topeka, Kansas 66683
Clerk of District Court is Ralph L De Loach

I can be reached at the address and phone numbers listed below

page of 2

Rosalind L Wynne
76 SE Holden
Topeka Kansas 66605
785 267 5244 (home
785 87 2009 (cell)

Yours respectfully
Rosalind L. Wynne

Ms Patricia L Hanower
US Department of Justice
Civil Division   400
Washington, DC 20530
Mailed US Postal Service

page 2 of 2