IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA ex rel
ROSALIND L. WYNNE,
      Plaintiff

CIVIL NO. AMD 00-452

BLUE CROSS BLUE SHIELD OF
KANSAS, INC.,
      Defendant

.oOo.

## MEMORANDUM OPINION

This action under the False Claims Act, 31 U.S.C. § 3729 *et seq.*, was filed under seal on February 16, 2000, by plaintiff Rosalind Wynne, a former employee of defendant. Notice of the action was afforded to the United States and after completing its investigation of the allegations, the government elected on or about September 7, 2004, not to intervene in the action. Shortly thereafter, Ms. Wynne's counsel moved to withdraw and, by order entered on September 28, 2004, counsel were permitted to withdraw. In correspondence dated November 10, 2004, and in a motion dated December 13, 2004, Ms. Wynne sought an extension of time within which to obtain new counsel. Now pending is Ms. Wynne's *pro se* motion to transfer this case to the United States District Court for the District of Kansas, her home district and that of the defendant.

Transfer shall be ordered. I presume that the only possibility that Ms. Wynne will be able to retain new counsel is if she can interest a hometown lawyer to pursue this action. Moreover, it seems clear that convenience factors militate in favor of transfer. *U.S. v. Nature's Farm Products, Inc.*, 2004 WL 1077968 (S.D.N.Y. May 13, 2004)(transferring venue in FCA case pursuant to 28 U.S.C. § 1404(a)). Accordingly, an order transferring this case follows.

Filed: March 16, 2005

ANDRE M. DAVIS
United States District Judge