IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA ex rel.
ROSALIND L. WYNNE,
    Plaintiff

v.                                      CIVIL NO. AMD 00-452

BLUE CROSS BLUE SHIELD OF
KANSAS, INC.,
    Defendant

.oOo.

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16th day of March, 2005, by the United States District Court for the District of Maryland, ORDERED

(1) That plaintiff's motion for extension of time and to transfer (Paper nos. 35, 36) are GRANTED; and it is further ORDERED

(2) That the Clerk of the Court shall TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, TOPEKA DIVISION, and it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum Opinion to all counsel and plaintiff pro se.

                                                                  /s/ Andre M. Davis
                                                                  ANDRE M. DAVIS
                                                                  United States District Judge