# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address

March 16, 2005

United States District Court for the District of Kansas Topeka Division
Clerk's Office
490 Frank Carlson Federal Bldg and United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683   Attention: Maureen Stamper

Re:   United States of America ex rel Rosalind L. Wynne vs. Blue Cross
Blue Shield of Kansas, Inc.

Civil Action No.: AMD 00-452

Dear Maureen:

[ X ] On 3/16/05, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries and pleadings 1-29. A login and password to our system was e-mailed on 3/16/05.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By:   __S. Franke__

Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov